NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-924

STATE OF LOUISIANA

VERSUS

GEORGE L. MILLER

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 67005,
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Michael G. Sullivan, and Billy Howard Ezell, Judges.

AFFIRMED.

William E. Tilley
District Attorney
Terry W. Lambright
Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana 71496-1188
(337) 239-2008
Counsel for:
        State of Louisiana

Katherine M. Franks
Louisiana Appellate Project
Post Office Box 2341
Slidell, Louisiana 70459-2341
(985) 847-1212
Counsel for Defendant/Appellant:
        George L. Miller